## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRUNSON ROBERTS                                                                        PLAINTIFF
ADC #127841

V.                                          NO: 5:10CV00063 SWW/HDY

LARRY NORRIS *et al.*                                                                 DEFENDANTS

### ORDER

Plaintiff, currently held at Arkansas Department of Correction's Varner Super Max Unit, filed a *pro se* complaint (docket entry #2), on March 8, 2010. Liberally construing Plaintiff's complaint, he has stated a claim for relief against Defendant Ifediora and Wendy Kelley. Accordingly service is appropriate.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Ifediora and Wendy Kelley. The Clerk of the Court is directed to prepare a summons for Ifediora and Kelley, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #11), this order, and summons, on them, without prepayment of fees and costs or security therefor.

DATED this   7   day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE