**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRUNSON ROBERTS                                                                                      PLAINTIFF
ADC #127841

V.                                          NO: 5:10CV00063 SWW/HDY

LARRY NORRIS *et al.*                                                                              DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed on his claims that Defendants Ifediora and Wendy Kelley denied him adequate medical care for his spinal problems and headaches.

2. Plaintiff's claims against all other Defendants are DISMISSED WITHOUT PREJUDICE as more appropriate for a different lawsuit, and the names of all Defendants except for Ifediora and Wendy Kelley are removed as party Defendants.

DATED THIS 11TH DAY OF MAY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE