**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRUNSON ROBERTS　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #127841

V.　　　　　　　　　　　NO: 5:10CV00063 SWW/HDY

LARRY NORRIS *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

      Plaintiff filed this complaint on March 8, 2010, and service was ordered. On April 30, 2010, the summons was returned unexecuted as to Defendant Nnamdi Ifediora (docket entry #17). Service had been attempted in the care of counsel for the prison's medical provider, but was returned with a note indicating that Ifediora was no longer contracted to the provider, and service could therefore not be accepted. Ifediora's last known address was provided, and service was attempted at that address (docket entry #19). However, that attempt was also unsuccessful (docket entry #35). Accordingly, Plaintiff is directed to provide, no later than 30 days after the entry of this order, an address at which Ifediora may be served. Plaintiff's failure to do so will result in the recommended dismissal of his claims against Ifediora. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir.) (per curiam) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses), *cert. denied*, 510 U.S. 875 (1993); Fed.R.Civ.P. 4(m) (providing for the without prejudice dismissal of action as to individual Defendant if service not made within 120 days of filing of complaint).

      IT IS SO ORDERED this ___9___ day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE