**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRUNSON ROBERTS                                                                                          PLAINTIFF
ADC #127841

V.                                             NO: 5:10CV00063 SWW/HDY

LARRY NORRIS *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motions for injunctive relief (docket entries #4 & #16) are DENIED.

2. Plaintiff's motion for an extension of time to file a reply to Wendy Kelley's response to his motions (docket entry #29) is DENIED.

DATED this 22nd day of July, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE