**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRUNSON ROBERTS                                                                                          PLAINTIFF
ADC #127841

V.                                          NO: 5:10CV00063 SWW/HDY

LARRY NORRIS *et al.*                                                                                DEFENDANTS

### ORDER

On July 22, 2010, the Court entered an order denying Plaintiff's motions for injunctive relief, and for an extension of time to file a reply to Defendant Wendy Kelley's response to his motions (docket entry #38). Plaintiff has now moved for reconsideration of that order (docket entry #44). After careful consideration, including a review of Plaintiff's objections (docket entry #32), the Court finds no reason to modify the prior decision. Accordingly, Plaintiff's motion for reconsideration (docket entry #44) is DENIED.

IT IS SO ORDERED this 6th day of August, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE