# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRUNSON ROBERTS                                                                                       PLAINTIFF
ADC #127841

V.                                          NO: 5:10CV00063 SWW

LARRY NORRIS *et al.*                                                                              DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's motion requesting an additional forty-five days in which to file objections to the recommended disposition entered in this case on February 1, 2011. Plaintiff's motion (docket entry #62) is GRANTED IN PART AND DENIED IN PART. Plaintiff is granted an additional fifteen days in which to file objections, making his objections due on or before March 2, 2011,

IT IS SO ORDERED THIS 16TH DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE