**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRUNSON ROBERTS					PLAINTIFF
ADC #127841

V.				NO: 5:10CV00063 SWW

LARRY NORRIS *et al.*					DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to his claims against Wendy Kelley and Nnamdi Ifediora, and without prejudice with respect to all his other claims; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE